"2. If the answer to the first question is no, did the Appellate Court properly affirm the trial court's reliance on the affidavit of debt without holding an evidentiary hearing?"

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15889.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of petition.

Decided March 17, 1998

## STATE OF CONNECTICUT *v.* JAMES DUKE

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 71 (AC 17541), is denied.

*Wesley W. Horton, Louis W. Flynn, Jr.,* and *Peter B. Prestley,* in support of the petition.

*Toni Smith-Rosario,* deputy assistant state's attorney, in opposition.

Decided March 17, 1998

## ALFRED ACKER, JR., ET AL. *v.* ROMMERRO H. FARRAH ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 17844) is denied.

BERDON, J., dissenting. I would grant the defendants' petition for certification to appeal.

*Joel M. Ellis,* in support of the petition.

*John K. Currie,* in opposition.

Decided March 17, 1998